**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M and ORDER

DATE: May 9, 2012

TO: Ms. Judy Streeter, Relief Courtroom Clerk to Hon. Edward J. Garcia

FROM: Tim Zindel, Assistant Federal Defender

SUBJECT: *U.S.A. v. Vincent Brewer*, 2:10-CR-0163 EJG

---

This memorandum confirms that the parties and the probation officer have agreed to reschedule Mr. Brewer's appearance on the pending violation petition (now set for May 11) to **May 18, 2012, at 10:00 a.m.** The probation officer and I seek additional time to formulate a possible release plan for Mr. Brewer, who was recently released by state authorities after extensive mental health treatment.

Thank you for your time and consideration.

------

Mr. Brewer's initial appearance on the violation petition is continued to May 18, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 10, 2012

/s/ Edward J. Garcia
_____
HON. EDWARD J. GARCIA
United States District Judge

cc.  Mr. Paul Hemesath
      Assistant U.S. Attorney

Mr. Jack Roberson
U.S. Probation Officer