# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**VINCENT MICHAEL BREWER**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:10CR00163**

Tim Zindel
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of charge(s) One as alleged in the violation petition filed on July 19, 2011 .

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New Law Violation | 6/19/2011 |

The court: [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on  August 29, 2005 & March 25, 2011 .

The defendant is sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X ]    Charges 2 & 3 are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 24, 2012
Date of Imposition of Sentence

 /s/ Edward J. Garcia

**EDWARD J. GARCIA**, United States District Judge
Name & Title of Judicial Officer

September 20, 2012
Date